**No. 44054.**—Protests 948785–G/87811, etc., of A. Stein & Co. (Chicago).

Opinion by TILSON, J. On the entire record, including an examination and inspection of the samples, it was held that the plaintiffs did not establish a *prima facie* case. The protests were therefore overruled, the court saying: "In the light of the decision of our appellate court in the case of *Robinson-Goodman* v. *United*

*States*, 17 C. C. P. A. 149, T. D. 43473, the testimony offered by the plaintiffs herein might be considered as establishing a commercial designation for the involved merchandise different from the common meaning applicable thereto. However, since the above decision does not appear to be in harmony with other decisions on the question of commercial designation, we do not feel justified or warranted in basing our decision herein on commercial designation."